# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : : : | No.: 4:17-CV-0546 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : : | |
| TEMPORARY ACCESS EASEMENT FOR 0.21 ACRES IN MOUNT PLEASANT TOWNSHIP, COLUMBIA COUNTY, PA, TAX PARCEL NUMBER 26, 03-026-00,000, 25 MELLICK HOLLOW ROAD, MOUNT PLEASANT TOWNSHIP, COLUMBIA COUNTY, PA 17815, ALL UNKNOWN OWNERS, JAMES E. MCGETTIGAN, LINDA K. MCGETTIGAN, | : : : : : : : : : : | |
| Defendants. | : | |

## ORDER

**MAY 31, 2017**

AND NOW, in accordance with the Memorandum of this same date**, IT IS HEREBY ORDERED** that:

1. Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is GRANTED. April 14, 2017, ECF No. 5.

2. The Clerk is directed to enter default against all Defendants.

3. Plaintiff is directed to serve a copy of the instant Memorandum Opinion, Order, and Default on Defendants.

4. Plaintiff may file a motion for default judgment only after Defendants have been served with a copy of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge